UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE J. COMBS,

                Plaintiff,

v.

STEVE TUCKER, et al.,

                Defendants.

CASE NO. C11-5978BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 16) and Plaintiff Eddie J. Combs's ("Combs") objections to the R&R (Dkt. 19). The Court has considered the R&R, Combs's objections, and the remaining record, and hereby adopts the R&R for the reasons stated herein.

On November 21, 2011, Murphy filed his civil rights complaint alleging violations by Defendants of 42 U.S.C. § 1983. Dkt. 7. On January 23, 2012, Judge Strombom issued an order for Combs to amend his complaint to allege cognizable claims or show cause why it should not be dismissed. Dkt. 9. On February 16, 2012, Combs filed an amended complaint. Dkt. 13. On March 23, 2012, Judge Strombom issued the R&R

recommending that Combs's amended complaint be dismissed without prejudice as frivolous and that the dismissal count as a strike under 28 U.S.C. § 1915(g). Dkt. 16 at 6. On April 2, 2012, Combs filed objections to the R&R. Dkt. 19.

After allowing Combs to amend his complaint, Judge Strombom found that Combs failed to cure the deficiencies raised in the order to amend or show cause, including the fact that Combs alleges claims that must be brought in a petition for writ of habeas corpus. *See* Dkt. 16. In his objections, although somewhat illegible, Combs fails to make any specific objections to Judge Strombom's findings or explain how he has or intends to cure the deficiencies raised in order to amend or show cause. Dkt. 19. Accordingly, Combs has failed to make an effective objection to the R&R or otherwise show how Judge Strombom erred in recommending that his complaint be dismissed. Accordingly, the Court will adopt the R&R.

The Court having considered the R&R, Comb's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED without prejudice** and the dismissal will count as a **strike** under 28 U.S.C. § 1915(g).

Dated this 16th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2